IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| HEATHER DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  1:17-cv-00077-WCL-SLC |
| | ) | |
| MIDWEST EYE CONSULTANTS, P.C., | ) | Removal from Allen County Superior |
| d/b/a CATARACT AND LASER | ) | Court No. 3 – Fort Wayne, Indiana |
| INSTITUTE, | ) | Cause No. 02D03-1701-CT-000041 |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all counts and claims (pending or otherwise) against Defendant, with prejudice.  Each party shall bear its/her own costs and attorneys' fees.


Respectfully submitted,

*s/ Nicholas S. Johnston*
Dana E. Stutzman
Nicholas S. Johnston
HALL, RENDER, KILLIAN, HEATH & LYMAN, PC
500 N. Meridian Street, Ste. 400
Indianapolis, IN 46204-1293
Telephone: 317.633.4884
Facsimile: 317.633.4878

Respectfully submitted,

*s/ Christopher C. Myers (with consent)*
Christopher C. Myers
Lori W. Jansen
Skyler Spurling-Newsom
CHRISTOPHER C. MYERS & ASSOCIATES
809 South Calhoun Street, Suite 400
Fort Wayne, IN  46802

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, a copy of the foregoing *Joint Stipulation of Dismissal With Prejudice* was filed electronically.  Notice of this filing will be sent to the following party(ies) by operation of the Court's electronic filing system.  The party(ies) may access this filing through the Court's system:

>Christopher C. Myers
>Lori W. Jansen
>Skyler Spurling-Newsom
>CHRISTOPHER C. MYERS & ASSOCIATES
>809 South Calhoun Street, Suite 400
>Fort Wayne, IN  46802

  *s/ Nicholas S. Johnston*
  Nicholas S. Johnston

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
500 N. Meridian Street
Suite 400
Indianapolis, Indiana 46204
(317) 633-4884
(317) 633-4878 (FAX)